IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TERRANCE JONES**                                                                  **PLAINTIFF**

**V.**                                        **3:05CV00182GH**

**STANDARD INSURANCE COMPANY**                                   **DEFENDANT**

### JUDGMENT

Pursuant to the Order entered on July 16, 2007, Judgment is hereby entered in favor of the Defendant. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 16th day of July 2007.

_James M. Moody_
James M. Moody
United States District Judge